IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Denise Ernul | ) | C.A. No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Appalachian Council of Governments, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:     THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

Pursuant to 28 U.S.C. § 1441(a) and (b), Defendant files this Notice of Removal to remove this action from the Court of Common Pleas for Greenville County, South Carolina, to the United States District Court for the District of South Carolina, and states:

1.     This action was commenced in the Court of Common Pleas for Greenville County, South Carolina, on April 21, 2021, by filing of the Summons and Complaint. The Summons and Complaint, copies of which are attached, were thereafter served on Defendant on May 20, 2021.

2.     The action referred to in paragraph 1 is a civil action over which this court has original and removal jurisdiction under 28 U.S.C. §§ 1331, 1343 and 1441(a). In particular, the court has jurisdiction under 28 U.S.C. §§ 1331, 1343, and 1441(a) in that it appears upon the face of the Complaint that this action arises under the Constitution and laws of the United States, specifically Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C. § 1981. More

specifically, Plaintiff, a former employee of Defendant, alleges that she was subjected to discrimination based on her race and color.

3.     This Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint upon Defendant and is therefore timely under 28 U.S.C. § 1446(b).

4.     Copies of all pleadings and papers served on Defendant to date are attached and filed with this Notice of Removal.

5.     Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff.

6.     A true and correct copy of this Notice of Removal will be filed with the Clerk of Court for the Court of Common Pleas for Greenville County, South Carolina, as provided under 28 U.S.C. § 1446(d).

WHEREFORE, Defendant removes this action to this Court's jurisdiction.

      s/ Derwood L. Aydlette III
Derwood L. Aydlette III (FID No. 5036)
GIGNILLIAT, SAVITZ & BETTIS, LLP
900 Elmwood Avenue, Suite 100
Columbia, South Carolina  29201
Ph: (803) 799-9311
Fax:  (803) 254-6951
daydlette@gsblaw.net

June 17, 2021

Columbia, South Carolina

ATTORNEYS FOR DEFENDANT