## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| Denise Ernul | ) | |
| | ) | C.A. No.: 6:21-cv-1842-TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| Appalachian Council of Governments, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice is hereby given that, **Denise Ernul**, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the October 18, 2022, Judgment for Defendant of the Honorable Timothy M. Cain granting Defendant's Motion to Dismiss on the grounds of Plaintiff's alleged failure to fully cooperate in discovery.

s/Peter A. Rutledge, Esq.
Peter A. Rutledge, Esq.
Federal Bar # 7185
**Rutledge Law, LLC**
66 Faris Circle
Greenville, SC 29605
864-906-2521

November 17, 2022                    **ATTORNEYS FOR PLAINTIFF**

1